**UNITED STATES DISTRIBUTED COURT**
**NORTHERN DISTRICT OF NEW YORK**
**QUASON PARKER,**

                      **Plaintiff,**                       1:19-cv-113
                                                                     (GLS/CFH)

                      **v.**

**DAVID SOARES et al.,**

                      **Defendants**

**APPEARANCES:**                          **OF COUNSEL:**

**FOR PLAINTIFF:**
Quason Parker
Pro Se
50 Chestnut Street
Cohoes, New York 12047

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation & Order (R&R) by Magistrate Judge Christian F. Hummel duly filed on July 15, 2019. (Dkt. No. 12.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed,[1] and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation & Order (Dkt. No. 12) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the amended complaint (Dkt. No. 11) is **DISMISSED** as follows: (1) insofar as Parker attempts to set forth claims for false arrest, false imprisonment, or malicious prosecution, **dismissal is without prejudice and without leave to amend**; (2) insofar as Parker attempts to set forth *Monell* claims against the County of Albany or City of Cohoes, **dismissal is with prejudice**; (3) insofar as Parker seeks to reallege claims previously dismissed by this Court with prejudice, **dismissal is with prejudice**; and it is further

**ORDERED** that the Clerk provide a copy of this Order to Parker in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

September 4, 2019
Albany, New York

Gary L. Sharpe
U.S. District Judge

---

[1] On motion of plaintiff Quason Parker, the court extended the objection filing deadline. (Dkt. Nos. 13, 14.) Despite the extension, Parker filed no objections.